IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


ALEXANDRA L. EBERLEY                                             PLAINTIFF


        v.                          CIVIL NO. 25-3051


FRANK BISIGNANO, Commissioner
Social Security Administration                                  DEFENDANT

### J U D G M E N T

For reasons stated in a memorandum opinion of this date, the Court hereby reverses the

decision of the Commissioner and remands this case for further consideration pursuant to sentence

four of 42 U.S.C. § 405(g).  **The parties have sixty days from entry of the judgment on the**

**docket in which to appeal.**

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access

to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the

judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.  *See*

*Shalala v. Schaefer,* 509 U.S. 292, 296 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 1st day of April 2026.



/s/ *Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE